# Court of Appeals
# of the State of Georgia

ATLANTA, January 23, 2023

*The Court of Appeals hereby passes the following order*

## A23I0124. CITY OF MILTON, GEORGIA v. JOHN CHANG, AS SURVIVING PARENT OF JOSHUA CHANG, DECEASED et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18EV004442



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 23, 2023.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*